## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO: 15-CV-80871-ROSENBERG/HOPKINS

GARFIELD SPENCE,

      Plaintiff,

vs.

32nd STREET ASSOCIATES, LLC

      Defendants.

_____/

### ORDER

**THIS CAUSE** comes before the Court on the parties' Stipulation for Voluntary Dismissal with Prejudice, filed on October 9, 2015 [DE 26].  Having been informed that the parties have reached a settlement agreement as to all disputed issues in this case, it is hereby

**ORDERED AND ADJUDGED**:

1. This action is **DISMISSED WITH PREJUDICE**, with each party to bear its own attorney's fees and costs.

2. All pending motions are **DENIED** as moot, all scheduled hearings are cancelled, and all deadlines are terminated.

3. The Clerk is instructed to **CLOSE THIS CASE**.

**DONE AND ORDERED** in Chambers, Fort Pierce, Florida, this 9th day of October, 2015.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of record